IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK THURMAN**                                                                                     **PLAINTIFF**
**ADC #151278**

v.                                         **Case No. 4:23-cv-01085-KGB**

**ERIC HIGGINS,** *et al.*                                                                           **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Mark Thurman's complaint is dismissed (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 19th day of February, 2025.

Kristine G. Baker
Chief United States District Judge